**Fill in this information to identify the case:**

Debtor name: **U.S. Credit, Inc.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS - EASTERN DIVISION

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 11, 2024**

X *[signature]*
Signature of individual signing on behalf of debtor

**Stephen Galvin**
Printed name

**President, Chief Executive Officer**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **U.S. Credit, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF MASSACHUSETTS - EASTERN DIVISION** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Connexus Credit Union**<br>1 Corporate Drive<br>Suite 700<br>Wausau, WI 54401 | | Accounting Reconciliation and Asserted Recourse Claim | Unliquidated Disputed | | | $23,516,200.00 |
| **First and Peoples Bank and Trust**<br>1001 Diedrich Boulevard<br>Russell, KY 41169 | | Asserted Loan Sales, Accounting Reconciliation and Asserted Recourse Claim | Unliquidated Disputed | | | $9,410,000.00 |
| **Georgia's Own Credit Union**<br>100 Peachtree Street, NW<br>Atlanta, GA 30303 | | Accounting Reconciliation and Asserted Recourse Claim | Unliquidated Disputed | | | $4,867,000.00 |
| **Adrian Reed**<br>17th Circuit Court of FL<br>County of Broward<br>201 SE 6th Street<br>Fort Lauderdale, FL 33301 | | Lawsuit | Unliquidated Disputed | | | $3,500,000.00 |
| **First Bank of Alabama**<br>120 North Street, East<br>Talladega, AL 35160 | | Asserted Recourse Claim; Accounting Reconciliation | Unliquidated Disputed | | | $1,279,000.00 |
| **Noble Bank**<br>1509 Quintard Avenue<br>Anniston, AL 36201 | | Asserted Recourse Claim; Accounting Reconciliation | Unliquidated Disputed | | | $749,500.00 |
| **Thread Bank**<br>210 East Main Street<br>Rogersville, TN 37857 | | Accounting Reconciliation and Asserted Recourse Claim | Unliquidated Disputed | | | $669,000.00 |

| Debtor | **U.S. Credit, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Southern States Bank**<br>**615 Quintard Avenue**<br>**Anniston, AL 36202** | | **Asserted Recourse Claim; Accounting Reconciliation** | **Unliquidated Disputed** | | | **$521,000.00** |
| **Millennial Bank**<br>**20 Meadowview Drive**<br>**Birmingham, AL 35242** | | **Asserted Recourse Claim** | **Unliquidated Disputed** | | | **$326,000.00** |
| **First Fidelity Bank**<br>**1400 Gault Avenue, North**<br>**Fort Payne, AL 35967** | | **Asserted Recourse Claim; Accounting Reconciliation** | **Unliquidated Disputed** | | | **$111,000.00** |
| **James Preston Capital Group, LLC**<br>**8708 SW 61st Ave.**<br>**Gainesville, FL 32608** | | **Asserted Recourse Claim; Accounting Reconciliation** | **Unliquidated Disputed** | | | **$90,000.00** |
| **Pathfinder Bank**<br>**214 West First Street**<br>**Oswego, NY 13126** | | **Accounting Reconciliation and Asserted Recourse Claim** | **Unliquidated Disputed** | | | **$71,000.00** |
| **Technical Support International**<br>**2 Hampshire Street, Suite 205**<br>**Foxboro, MA 02035** | | **Professional Services** | **Unliquidated Disputed** | | | **$32,393.66** |
| **PHeaa**<br>**PO Box 64849**<br>**Baltimore, MD 21264** | | **Professional Services** | **Unliquidated Disputed** | | | **$23,662.38** |
| **Arlington Financial Consultants**<br>**49 N Federal Highway, Ste. 191**<br>**Pompano Beach, FL 33062** | | **Lawsuit** | **Unliquidated Disputed** | | | **$10,000.00** |
| **I - Service**<br>**315 N. Crescent Drive, Ste. 11**<br>**Beverly Hills, CA 90210** | | **Lawsuit** | **Unliquidated Disputed** | | | **$10,000.00** |
| **Centerville Gardens II, LLC**<br>**1471 Iyannough Road**<br>**Hyannis, MA 02601** | | **Lease** | **Unliquidated** | | | **$5,632.92** |

Debtor **U.S. Credit, Inc.**    Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Larry Roorda, Trustee and Cynthia Roorda**<br>**2730 Ardisia Lane**<br>**Naples, FL 34109** | | **Lease** | **Unliquidated** | | | $4,385.49 |
| **Coalition Cyber Policy**<br>**Attunde Insurance Services LLC**<br>**44 Wall Street, 22nd Floor**<br>**New York, NY 10005** | | **Insurance** | **Unliquidated** | | | $2,926.00 |
| **FCC Finance**<br>**16479 Dallas Parkway, Suite 260**<br>**Dallas, TX 75001** | | **Professional Services** | **Unliquidated**<br>**Disputed** | | | $2,862.40 |