

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>U.S. CREDIT, INC.,<br><br>        Debtor | Chapter 11<br>Case No. 24-10058-JEB |

## Order

**MATTER:**

#406 United States Trustee's Motion For Authorization To Conduct Discovery (Request For Expedited Consideration)

Since the Court has ordered that no further briefing on the Application will be necessary or permitted at this time, the Motion is denied. This Order is without prejudice to the United States Trustee renewing the request, if appropriate, after any further rulings on the Application by the Court.

Dated: April 29, 2024

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge